```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

<u>Michael F. Messina</u>

    v.                    Case No. 19-cv-539-SM-AJ

<u>Northern NH Correctional Facility, Warden</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 16, 2024, for the reasons set forth therein. Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

**So Ordered.**

                                              Steven J. McAuliffe
                                              United States District Judge

Date: August 15, 2024

cc:   Michael F. Messina, Jr., pro se